1  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
4  chad.butterfield@wilsonelser.com
   *Attorneys for Defendant Acuity,*
5  *A Mutual Insurance Company*

6                 **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 8  MANUELA ESTRADA, an individual, | Case No.: 2:18-cv-01311-JCM-PAL |
| 9                    Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 10       v. | |
| 11  ACUITY, A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and | |
| 12  DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| 13                    Defendants. | |

14

15         IT IS HEREBY STIPULATED AND AGREED, by Plaintiff MANUELA ESTRADA, by

16  and through her counsel of record, CHRISTIAN Z. SMITH, ESQ. of BAKER LAW OFFICES and

17  Defendant ACUITY, A MUTUAL INSURANCE COMPANY, by and through its counsel of record,

18  CHAD C. BUTTERFIELD, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ,

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

EDELMAN & DICKER, LLP, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action be dismissed in its entirety, with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated this 2nd day of October, 2018.                Dated this 2nd day of October, 2018.

**BAKER LAW OFFICES**                                **WILSON, ELSER, MOSKOWITZ,**
                                                     **EDELMAN & DICKER LLP**


*/s/ Christian Z. Smith*                             */s/ Chad C. Butterfield*
Lloyd W. Baker, Esq.                                 Chad C. Butterfield, Esq.
Nevada Bar No. 6893                                  Nevada Bar No. 010532
Christian Z. Smith, Esq.                             300 South Fourth Street, 11th Floor
Nevada Bar No. 8266                                  Las Vegas, Nevada 89101
500 S. Eighth Street                                 *Attorneys for Defendant Acuity,*
Las Vegas, NV 89101                                  *A Mutual Insurance Company*
*Attorney for Plaintiff Manuela Estrada*


## ORDER

     Upon stipulation of the parties and for good cause shown, the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

     **IT IS SO ORDERED**.

     Dated October 4, 2018.


_____
UNITED STATES DISTRICT JUDGE